IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JEFFRY A. HILSENDAGER,

        Plaintiff,

vs.

COMMISSIONER,
Social Security Administration,

        Defendant.

Case No. 6:14-cv-01955-ST

ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA

      Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,319.01 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff,* the award shall be made payable to Plaintiff's attorney if the commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program. There are no costs or expenses to be paid herein.

      Dated this 26th day of April 2016.

                                                  U.S. District Judge/Magistrate

PRESENTED BY:
s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff